NORTH EAST WELL DRILLING, INC. v. Patricia SAFKA and Frederick Safka d/b/a Willoughvale Restaurant, No. 49-80

August 6, 1980. Motion to withdraw as counsel filed by Edwards C. O'Boyle, Jr., is granted.

Lilia C. PASQUALE, Administratrix of the Estate of Augustine P. Pasquale v. Linda L. GENOVESE, et al., No. 93-80

August 6, 1980. Defendant's motion to dismiss denied.

John D. BRICKER and Elizabeth M. Bricker v. Denise Ann WALKER and Eugene C. Sobeck, No. 107-80

August 6, 1980. Motion to dismiss stayed pending filing of appellant's brief on or before August 19, 1980.

A. JOYAL, INC. d/b/a Spates Construction v. Fred SAFKA, Patricia Safka and Five-A, Inc. d/b/a Willoughvale Inn, No. 131-80

August 6, 1980. Motion to withdraw as counsel filed by Edwards C. O'Boyle, Jr., is granted.

HARVARD TRUST COMPANY v. Dana S. BRAY, Germaine Bray, Louis Lisman and Anne S. Bray, No. 155-80

August 6, 1980. There being no final judgment below, the appeal is dismissed for lack of jurisdiction. See V.R.C.P. 54(b).

Alton L. FLANDERS, III v. Frank X. LUSSIER, Howard Steinberg and Harry Steinberg, No. 191-80

August 6, 1980. Absent compliance with V.R.A.P. 10, transcript to be ordered and payment of estimated cost in full by August 22, 1980, or cause dismissed.